1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DESHON RAYMOND JONES,

Defendant.

Case No.  20CR0892-LAB

PRELIMINARY ORDER OF CRIMINAL FORFEITURE

16    WHEREAS, in his plea agreement, Defendant DESHON RAYMOND JONES

17  ("Defendant") acknowledged that "forfeiture of the firearm and ammunition involved

18  in the offense" is a mandatory penalty for the violation of 18 U.S.C. § 922(g)(1), as

19  charged in the Superseding Information; and

20    WHEREAS, on or about October 1, 2020, Defendant pled guilty before U.S.

21  Magistrate Judge Mitchell D. Dembin to the one-count Superseding Information; and

22    WHEREAS, on November 3, 2020, this Court accepted the guilty plea of

23  Defendant; and

24    WHEREAS, by virtue of the facts set forth in the plea agreement, the

25  United States has established the requisite nexus between the firearm and

26  ammunition and the offense of conviction; and

27  //

28  //

1    WHEREAS, by virtue of said guilty plea, the United States is now entitled to

2    possession of the firearm and ammunition, pursuant to 18 U.S.C. § 924(d)(1) and

3    Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

4    WHEREAS, pursuant to Rule 32.2(b), the United States having requested the

5    authority to take custody of the firearm and ammunition which are hereby found

6    forfeitable by the Court; and

7    WHEREAS, the United States, having submitted the Order herein to the

8    Defendant through his attorney of record, to review, and no objections having been

9    received;

10    Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

11    1.    Based upon the guilty plea of the Defendant, the United States is hereby

12    authorized to take custody and control of the following assets, and all right, title and

13    interest of Defendant DESHON RAYMOND JONES in the following properties are

14    hereby forfeited to the United States for disposition in accordance with the law,

15    subject to the provisions of 21 U.S.C. § 853(n):

16    One High Standard Manufacturing Corporation, model Sentinel Deluxe
      revolver bearing partial serial number 799, containing six bullets.

17

18    2.    The aforementioned forfeited assets are to be held by U.S. Alcohol,

19    Tobacco and Firearms in its secure custody and control.

20    3.    Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized

21    to begin proceedings consistent with any statutory requirements pertaining to

22    ancillary hearings and rights of third parties. The Court shall conduct ancillary

23    proceedings as the Court deems appropriate only upon the receipt of timely third-

24    party petitions filed with the Court and served upon the United States. The Court may

25    determine any petition without the need for further hearings upon the receipt of the

26    Government's response to any petition. The Court may enter an amended order

27    without further notice to the parties.

28    //

4.      Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States forthwith shall publish for thirty (30) consecutive days on the Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of the United States' intent to dispose of the properties in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in the above-listed forfeited properties must file a petition with the Court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

5.      This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

6.      The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the properties that are the subject of the Preliminary Order of Criminal Forfeiture, as a substitute for published notice as to those persons so notified.

7.      Upon adjudication of all third-party interests, this Court will enter an Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to the above-referenced assets, in which all interests will be addressed.

8.      Pursuant to Rule 32.2(b)(4), this Order of Forfeiture shall be made final as to the Defendant at the time of sentencing and is part of the sentence and included in the judgment.

DATED: 3/19/2021

_____
HON. LARRY ALAN BURNS
United States District Court Judge

- 3 -                                    20CR0892-LAB